EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2005

at __ o'clock and __ min. __
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. CR05-00287 SOM |
| Plaintiff,   ) | INDICTMENT |
| v.   ) | [21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B)] |
| KELVIN KAUWILA KAI,   ) | |
| Defendant.   ) | |

## I N D I C T M E N T

The Grand Jury charges that:

On or about June 21, 2005, in the District of Hawaii, defendant, KELVIN KAUWILA KAI, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately 225 grams, of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

Dated: July __7__, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Kelvin Kauwila Kai
Indictment
CR. No.

2